UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANNY RAY CLANTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVE USA LLC,<br><br>Defendant. | NO. 2:26-cv-1835<br><br>ANSWER TO CLASS ACTION COMPLAINT |

## I. INTRODUCTION

1. Answering paragraph 1, Defendant Active USA, LLC answers Plaintiff Danny Ray Clayton's Class Action Complaint as follows:

## II. PARTIES

2. Answering paragraph 2, upon information and belief, Active USA admits that Plaintiff is a resident of King County, Washington. Active USA further admits that Plaintiff is a current employee.

3. Answering paragraph 3, Active USA admits that it is a Wisconsin limited liability company. Active USA also admits that it engages in business in Washington and that it employs employees in Washington, including Plaintiff. Active USA denies the remaining allegations in the paragraph.



**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, Washington 98101-2380
(206) 628-6600

4. Answering paragraph 4, Active USA admits that its Washington registered agent is Corporation Service Company, 300 Deschutes Way SW, Suite 208, MC-CSC1, Tumwater, Washington 98501.

**III. JURISDICTION AND VENUE**

5. Answering paragraph 5, Active USA admits that based on the allegations in the complaint, the Court has subject matter jurisdiction. Active USA denies every remaining allegation in the paragraph.

6. Answering paragraph 6, Active USA admits that based on the allegations in the complaint, venue is proper. Active USA denies every remaining allegation in the paragraph.

**IV. FACTUAL ALLEGATIONS**

7. Answering paragraph 7, Active USA admits that it employs fleet truck drivers, including Plaintiff. Active USA denies every remaining allegation in the paragraph.

8. Answering paragraph 8, Active USA admits that it is engaged in the logistics industry and provides fleet and brokerage transportation services.

9. Answering paragraph 9, Active USA denies that it employs at least 50 employees in Washington.

10. Answering paragraph 10, Active USA admits that it paid certain of its Washington employees, including Plaintiff, on a per mile basis. Active USA denies that these employees were paid exclusively on a per mile basis. Active USA denies every remaining allegation in the paragraph.

11. Answering paragraph 11, Active USA admits that Plaintiff started working for Active USA on June 6, 2022.

12. Answering paragraph 12, Active USA admits that Washington truck drivers worked over 40 hours in a workweek. Active USA denies the remaining allegations in the paragraph.



**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, Washington 98101-2380
(206) 628-6600

13. Answering paragraph 13, Active USA responds that this paragraph calls for a legal conclusion, and therefore, no response is required. To the extent that the paragraph constitutes an allegation, Active USA denies every allegation in the paragraph.

14. Answering paragraph 14, Active USA denies every allegation in the paragraph.

15. Answering paragraph 15, Active USA denies every allegation in the paragraph.

## V. CLASS ACTION ALLEGATIONS

16. Answering paragraph 16, Active USA incorporates by reference all responses set forth in the preceding paragraphs.

17. Answering paragraph 17, Active USA responds that this paragraph does not constitute an allegation that requires a response. To the extent that it does constitute an allegation, Active USA denies every allegation in the paragraph.

18. Answering paragraph 18, Active USA responds that this paragraph does not constitute an allegation that requires a response. To the extent that it does constitute an allegation, Active USA denies every allegation in the paragraph.

19. Answering paragraph 19, Active USA responds that this paragraph calls for a legal conclusion, and therefore, no response is required. To the extent that the paragraph constitutes an allegation, Active USA denies every allegation in the paragraph.

20. Answering paragraph 20, Active USA responds that this paragraph calls for a legal conclusion, and therefore, no response is required. To the extent that the paragraph constitutes an allegation, Active USA denies every allegation in the paragraph.

21. Answering paragraph 21, Active USA responds that this paragraph calls for a legal conclusion, and therefore, no response is required. To the extent that the paragraph constitutes an allegation, Active USA denies every allegation in the paragraph.



**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, Washington 98101-2380
(206) 628-6600

22. Answering paragraph 22, Active USA responds that this paragraph calls for a legal conclusion, and therefore, no response is required. To the extent that the paragraph constitutes an allegation, Active USA denies every allegation in the paragraph.

23. Answering paragraph 23, Active USA responds that this paragraph, and its subparagraphs, call for a legal conclusion, and therefore, no response is required. To the extent that the paragraph constitutes an allegation, Active USA denies every allegation in the paragraphs.

24. Answering paragraph 24, Active USA responds that this paragraph, and its subparagraphs, call for a legal conclusion, and therefore, no response is required. To the extent that the paragraph constitutes an allegation, Active USA denies every allegation in the paragraphs.

25. Answering paragraph 25, Active USA admits that it maintains required records. Active USA denies every remaining allegation in the paragraph.

26. Answering paragraph 26, Active USA admits that it maintains required records. Active USA denies every remaining allegation in the paragraph.

## VI. CLAIMS

27. Answering paragraph 27, Active USA incorporates by reference all responses set forth in the preceding paragraphs.

28. Answering paragraph 28, Active USA denies every allegation in the paragraph.

29. Answering paragraph 29, Active USA denies every allegation in the paragraph.

## VII. REQUEST FOR RELIEF

30. Answering paragraph 30, Active USA denies that Plaintiff is entitled to any actual, statutory, or liquidated damages; attorneys' fees and costs; or other relief against Active USA as set forth in Plaintiff's Request for Relief.

## AFFIRMATIVE DEFENSES

By way of additional defenses, including but not limited to affirmative defenses, Active USA states as follows:



**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, Washington 98101-2380
(206) 628-6600

1. Plaintiff is not similarly situated to the other members of the proposed class and has not alleged sufficient facts to justify a class action under Federal Rule of Civil Procedure 23.

2. Plaintiff's purported class action is barred because the proposed members of the class are not so numerous that it would be impractical and uneconomical to require joinder of each class member as required by Federal Rule of Civil Procedure 23(a)(1).

3. Plaintiff's class action is barred because of the absence of common questions of law or fact with the purported class as required by Federal Rule of Civil Procedure 23(a)(2).

4. Plaintiff's class action is barred because plaintiff's claims or defenses are not typical of the claims or defenses of the purported class as required by Federal Rule of Civil Procedure 23(a)(3).

5. Plaintiff's class action is barred because plaintiff will not fairly and/or adequately protect the interests of the purported class as required by Federal Rule of Civil Procedure 23(a)(4).

6. Plaintiff's class action is barred since prosecution of separate actions would neither create a risk of inconsistent or varying adjudications or result in adjudications dispositive of the interests of those not party to this litigation as required by Federal Rule of Civil Procedure 23(b)(1).

7. Plaintiff's class action is barred because Active USA has not acted or refused to act in a manner generally applicable to the purposed class as required by Federal Rule of Civil Procedure 23(b)(2).

8. Plaintiff's complaint fails to state a claim upon which relief may be granted.

9. Plaintiff's claims are barred by the statute of limitations.

10. Plaintiff failed to mitigate his damages, if any.

11. Plaintiff's claims are barred by the doctrine of unclean hands.

12. Plaintiff's claims are barred by the written pay plan.

13. Plaintiff's actions are frivolous and advanced without reasonable basis entitling Active USA to attorney's fees and costs for defending this action.



**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, Washington 98101-2380
(206) 628-6600

14. Active USA did not willfully, knowingly, or intentionally fail to comply with applicable compensation requirements under applicable law but rather acted in good faith and had reasonable grounds for believing that it did not violate the applicable provisions. The claims set forth in the Class Action Complaint fail, in whole or in part, because to the extent that any wages should have been paid to Plaintiff, such wages were the subject of a bona fide dispute.

15. Plaintiff's damages, if any, were the result of a clerical error.

16. Plaintiff knowingly submitted to any deduction in compensation.

Active USA specifically reserves the right to assert any additional defenses or affirmative defenses that apply pending further discovery, and nothing contained in this answer should be construed as a waiver of any such additional defenses.

## PRAYER FOR RELIEF

Having answered Plaintiff's Complaint, Active USA prays for the following relief:

A. That Plaintiff's Complaint be dismissed with prejudice, and that Plaintiff takes nothing thereby;

B. That Active USA be awarded its costs and attorneys' fees as allowed by law in defending this action; and

C. For such other and further relief as the Court deems just and proper.

DATED this 28th day of May, 2026.

s/Jeffery M. Wells
Jeffery M. Wells, WSBA #45840
Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4000
Seattle, WA 98101-2380
Phone: (206) 628-6600
Email: jwells@williamskastner.com

Attorneys for Defendant Active USA LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I caused a true and correct copy of the foregoing document to be delivered to the following counsel of record in the manner indicated:

David Nauheim, WSBA #41880
Nauheim Law Office, LLC
2707 Colby Avenue, Suite 1420
Everett, WA 98201
Phone: 206-402-3012
Email: david@nauheimlaw.com
davidnauheim@gmail.com

☑ Via electronic mail
☑ Via U.S. Mail
☐ Via Overnight Courier
☐ Via Legal Messenger

s/Jeffery M. Wells
Jeffery M. Wells, WSBA #45840
Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4000
Seattle, WA 98101-2380
Phone: (206) 628-6600
Email: jwells@williamskastner.com

Attorneys for Defendant Active USA LLC